# United States Bankruptcy Court
## District of Maryland

In re   **Linda Joyce Pellum**                                    Case No.   **10-19269**
                            Debtor(s)                              Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **November 1, 2010**            **/s/ Linda Joyce Pellum**
                                        **Linda Joyce Pellum**
                                        Signature of Debtor

```
APPLIED CARD BANK
PO BOX 17120
FDIC
Wilmington, DE 19886



Aurora Home Loans
8150 Leesburg Pike
Suite 410
Vienna, VA 22182



BENNETT LAW PLLC
PO BOX 9163
Midvale, UT 84047-9163



BILLMELATER, INC
9690 DEERECO RD
7TH FL
Lutherville Timonium, MD 21093



Capital One Bank
P.O. Box 70884
Charlotte, NC 28272-0884



CBCS
PO BOX 2589
Columbus, OH 43216



CITI
7920 NW 110TH ST.
Kansas City, MO 64153



EBAY
2145 HAMILTON AVE.
San Jose, CA 95125



EXPRESS RESPONSE
PO BOX 406
Farmingdale, NY 11735-0406
```

GE Money Bank
CHEVRON & TEXACO CARD SERVICES
PO BOX 981430
El Paso, TX 79998-1430


HSBC CARD SUCS
PO BOX 88000
Baltimore, MD 21288-0001


JOHN SHARPER, INC
JOHN O. CURLEY


LORD AND TAYLOR


MACY'S
PO BOX 183083
Columbus, OH 43218-3083


Maryland Real Estate Commission
500 North Calvert St.
3rd Floor
Baltimore, MD 21202


NCO FIN/99
PO BOX 41466
Philadelphia, PA 19101


NCO FINANACIAL SYSTEMS INC
507 PRUDENTIAL ROAD
Horsham, PA 19044


ORCHARD BANK
HSBC CARD SERVICES
P.O. BOX 88000
Baltimore, MD 21288-0001

```
SAKS FIFTH AVE
PO BOX 17157
Baltimore, MD 21297-1157


Santander Consumer Usa
8585 N Stemmons Fwy Ste
Dallas, TX 75247
```